CO-386
10/2018

# United States District Court
# For the District of Columbia

Council for Global Equality           )
                                      )
                                      )
                                      )
                                      )
              Plaintiff               )
    vs                                )       Civil Action No._____
                                      )
U.S. Department of State              )
                                      )
                                      )
              Defendant               )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for Council for GlobalEquality certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _Council for Global Equality which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

1531723                               Daniel McGrath
_____           _____
BAR IDENTIFICATION NO.                Print Name

                                      P.O. Box 34553
                                      _____
                                      Address

                                      Washington    D.C.         20043
                                      _____
                                      City          State        Zip Code

                                      202-448-9090
                                      _____
                                      Phone Number