UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL FOR GLOBAL EQUALITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 25-2615 (TJK) |

**JOINT STATUS REPORT**

Plaintiff Council for Global Equality and Defendant U.S. Department of State ("State") through counsel, respectfully submit this Joint Status Report pursuant to the Court's Minute Order (Jan. 5, 2025).

1. This is an action brought under the Freedom of Information Act ("FOIA"). Defendants answered the Complaint on December 4, 2025. This action involves three requests to State (the "Instructions Request"; the "Communications Request;" and the "Directives and Guidance Request"). *See* ECF No. 1.

2. Defendant reports as follows regarding the items identified in the Court's Minute Order:

   a. State has not completed its search for potentially responsive records. State has begun processing potentially responsive records but is unable to estimate when it will make its initial production of records.

   b. Plaintiff is actively considering narrowing procedures while State continues to conduct its search, in an effort to avoid an extended production schedule.

3.     The parties respectfully propose that they file an additional joint status report by March 5, 2026, to update the Court on the status of the FOIA requests.

Dated: February 5, 2026

*/s/ Anisha Hindocha*
Anisha Hindocha (D.C. Bar No. 1725159)
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ahindocha@democracyforward.org
dmcgrath@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Saifuddin Kalowala*
     Saifuddin Kalowala
     D.C. Bar # 90033387
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2550
     Saifuddin.Kalolwala@usdoj.gov

*Attorneys for the United States of America*

2