UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL FOR GLOBAL EQUALITY,<br>Plaintiff,<br>v.<br>DEPARTMENT OF STATE,<br>Defendant. | Civil Action No. 25-2615 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated March 7, 2026, Plaintiff Council for Global Equality and Defendant U.S. Department of State (the "Department") (collectively, the "parties"), through undersigned counsel, respectfully submit this Joint Status Report in the above-captioned case.

This is an action brought under the Freedom of Information Act ("FOIA"). Defendant answered the Complaint on December 4, 2025. This action involves three requests to the Department (the "Instructions Request"; the "Communications Request;" and the "Directives and Guidance Request"). *See* ECF No. 1.

Since the last joint status report, the parties have come to an additional agreement with respect to the scope of Plaintiff's FOIAs F-2025-20911. Additionally, the Department has completed its records search and identified 198 documents (3,243 pages) that are potentially responsive to FOIA F-2025-20911, and 390 document (6,000 pages) that are potentially responsive to FOIA F-2025-20916. The Department is currently reviewing these records for responsiveness and exempt information and anticipates making its initial production of responsive, non-exempt

records by May 6, 2026. Thereafter, the Department anticipates making additional productions of responsive, non-exempt information every six weeks until it has completed processing all records.

The parties respectfully propose that they file an additional joint status report by June 5, 2026, to update the Court on the status of the FOIA requests.

Dated: April 3, 2026
Washington, DC

/s/ *Anisha Hindocha*
Anisha Hindocha (D.C. Bar No. 1725159)
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ahindocha@democracyforward.org
dmcgrath@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Saifuddin K. Kalolwala*
SAIFUDDIN K. KALOLWALA
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2550
Saifuddin.Kalolwala@usdoj.gov

*Attorneys for the United States of America*